FILED: March 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1718 (L)
(3-19185)

---

FRANK HARMON BLACK; SOUTHEAST INVESTMENTS, N.C., INC.

Petitioners

v.

SECURITIES & EXCHANGE COMMISSION

Respondent

and

FINANCIAL INDUSTRY REGULATORY AUTHORITY

Intervenor

---

No. 26-1278
(3-19185)

---

FRANK HARMON BLACK; SOUTHEAST INVESTMENTS, N.C., INC.

Petitioners

v.

SECURITIES & EXCHANGE COMMISSION; FINANCIAL INDUSTRY REGULATORY AUTHORITY

Respondents

---

No. 26-1307
(3-19185)

---

FRANK HARMON BLACK; SOUTHEAST INVESTMENTS, N.C., INC.

Petitioners

v.

SECURITIES & EXCHANGE COMMISSION; FINANCIAL INDUSTRY REGULATORY AUTHORITY

Respondents

---

O R D E R

---

The court consolidates Case No. 25-1718, Case No. 26-1278 and Case No. 26-1307. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk